UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00157-LEW |
| | ) | |
| PATRICK MULLEN | ) | |
| | ) | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorneys, Darcie N. McElwee, United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, submits this memorandum in aid of sentencing.

At sentencing, the government recommended a sentence of 36 months which is at the high end of the advisory sentencing guidelines range determined in the 2nd Revised Presentence Report. (Dkt. #39 at ¶70). The government maintains this 36 month recommendation. The government recognizes, however, that the Court has the discretion to upwardly depart from the defendant's criminal history category based on an underrepresentation of the defendant's criminal history and/or to sentence outside of any advisory guidelines range based on the factors enumerated in 18 U.S.C. § 3553(a).

Dated at Bangor this 3rd day of August, 2022.

                                                         Respectfully submitted,

                                                         DARCIE N. MCELWEE
                                                         United States Attorney

                                                         **BY: /s/ ANDREW MCCORMACK**
                                                         ANDREW MCCORMACK
                                                         Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2022, I filed the GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following:

Kaylee Folster, Esq., at kjf@vbk.com
Attorney for Patrick Mullen

                                                         DARCIE N. MCELWEE
                                                         United States Attorney

                                                         BY: /s/ Andrew McCormack
                                                         Andrew McCormack
                                                         Assistant United States Attorney
                                                         United States Attorney's Office
                                                         202 Harlow Street, Room 111
                                                         Bangor, Maine 04401
                                                         Tel: 207-945-0373
                                                         Andrew.mccormack@usdoj.gov