# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK MULLEN | No. 1:21-cr-00157-LEW-1 |

## SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned action on November 30, 2022 has/have been satisfied and paid in full.

Dated: April 12, 2023             Respectfully Submitted,

                                                     DARCIE N. MCELWEE
                                                     United States Attorney

                                                     */s/ Andrew K. Lizotte*
                                                     Civil Chief
                                                     Assistant U.S. Attorney
                                                     202 Harlow Street
                                                     Bangor, Maine 04401
                                                     207-945-0373
                                                     Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on April 12, 2023, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

                                          DARCIE N. MCELWEE
                                          United States Attorney

                        By:  */s/ Maria C. Bida*
                                          Paralegal Specialist on behalf of
                                          Andrew K. Lizotte
                                          Civil Chief
                                          Assistant U.S. Attorney
                                          202 Harlow Street
                                          Bangor, Maine 04401
                                          207-945-0373
                                          Andrew.Lizotte@usdoj.gov